720 F.2d 215
 33 Fair Empl.Prac.Cas. 1520, 232 U.S.App.D.C. 40
 Jones
v.
Public Defender Service of District of Columbia
 83-1183
 UNITED STATES COURT OF APPEALS DISTRICT OF COLUMBIA CIRCUIT
 10/26/83
 D.C.D.C., 553 F.Supp. 1031
 
 1
 AFFIRMED*
 
 
 
 *
 The judgment or order is accompanied by a Memorandum explanatory of the judgment. Such memorandum is not included with the opinions of the Court that are printed, and it may not be cited in briefs or memoranda of counsel as precedents, under local rule